From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. LLOYD JAMES NOBLE, Defendant.

Received at State Prison 9/20/62—Murder, first.

NO. 20

## DECISION

The application of the above-named defendant for a review of the sentence of Life, plus 10 years, imposed on September 17, 1962, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) ·The Petition for Review is denied.

The reason for the above decision is .that Chapter 25 of the Montana Code of Criminal Procedure (1967) Section 95-2502 provides, in part, as follows: "Any person sentenced to a term of one year or more in the state prison by any court of competent jurisdiction may . . . except in any case in which a different sentence could have been imposed, file . . . an application for review of the sentence by the review division." This defendant was sentenced to life imprisonment on a charge of First Degree Murder. It is the opinion of the Board that it has no jurisdiction to reduce this sentence as it is the only one that could have been imposed except, of course, hanging.

DATED this 27th day of March, 1968.

SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip Duncan, Paul G. Hatfield.

From: The District Court of the Thirteenth Judicial District. County of Yellowstone.

STATE OF MONTANA, Plaintiff, vs. GARY RADI, Defendant.

Received at State Prison 9/6/67—Burglary—5 years.

NO. 25

## DECISION

The application of the above-named defendant for a review of the sentence of 5 years, imposed on September 5, 1967, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) Change of sentence is denied.

The reason for the above decision is that this prisoner has two felony convictions and two state prison incarcerations, and in addition, other difficulties with the law. Under all the circumstances, it is felt that the sentence was modest and that he should be considered for parole at the usual time, which is in the month of August, 1968.

DATED this 27th day of March, 1968.

SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip Duncan, Paul G. Hatfield.